# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr59-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **COOLIDGE KENTAY USSERY.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Motion for Copies of Documents [Doc. 139] filed by newly appointed counsel.

On July 17, 2009, James Weidner was appointed by the United States Fourth Circuit Court of Appeals to represent the Defendant. [Doc. 134]. Mr. Weidner did not represent the Defendant at the District Court level. As a result, he requires an order allowing the unsealing of the presentence report [Docs. 63, 67 & 68] and the Statement of Reasons [Doc. 87] for purposes of disclosure to newly appointed counsel.

**IT IS, THEREFORE, ORDERED** that the Motion for Copies of Documents [Doc. 139] is hereby **GRANTED** and the Clerk of Court is authorized to unseal Documents 63, 67, 68 and 87 as to James Weidner.

Signed: October 6, 2009

Martin Reidinger
United States District Judge